# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **AMELIA ZELADITA**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**ANDREW SAUL**, Commissioner, Social Security Administration,<br><br>Defendant. | Case No.: 2:17-cv-07046-SHK<br><br>~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT, ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412, and $0 as authorized by 28 USC 1920 be awarded subject to the terms of the Stipulation.

Dated: 09/06/2019

_____
HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

- 1 -